UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHARLES F. MURRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 09-1494 (PLF) |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER

For the reasons stated in the accompanying Opinion, it is hereby

ORDERED that defendant's motions to dismiss or, in the alternative, for

summary judgment [Dkt. #14, 15, 27] are GRANTED IN PART and DENIED IN PART

WITHOUT PREJUDICE; it is

FURTHER ORDERED that plaintiff's Privacy Act claims are DISMISSED; and

it is

FURTHER ORDERED that, not later than November 15, 2010, defendant shall

file either a dispositive motion or a proposed schedule for resolution of the outstanding issues in

this case.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: September 29, 2010                     United States District Judge